## HERHOLD v. UPTON.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE
NORTHERN DISTRICT OF ILLINOIS.

No. 125.   Submitted November 29, 1876. — Decided December 4, 1876.

*Upton* v. *Tribilcock*, 91 U. S. 45; *Sanger* v. *Upton*, 91 U. S. 56; and *Webster* v. *Upton*, 91. U. S. 65, followed.

Mr. Chief Justice Waite delivered the opinion of the court.

The principles decided in *Upton* v. *Tribilcock*, 91 U. S. 45; *Sanger* v. *Upton*, 91 U. S. 56; and *Webster* v. *Upton*, 91 U. S. 65, are conclusive of this case. The judgment of the Circuit Court is, therefore, affirmed upon the authority of those cases.   If the stock held by Herhold is part of the increased capital, he is estopped by his acceptance of the certificate from denying the regularity of the proceedings under which the increase was effected.   If it is part of the original stock, his liability exists whether the increase was made or not.   In either event the testimony offered to show that he did not sign the assent to the increase of the capital stock, filed with the auditor of public accounts, was immaterial and properly excluded.                                            *Affirmed.*

*Mr. E. A. Otis* for plaintiff in error.

*Mr. L. H. Boutell* for defendant in error.

---

## MACKALL v. RICHARDS.

APPEAL FROM THE SUPREME COURT OF THE DISTRICT OF
COLUMBIA.

No. 184.   Argued and submitted March 15, 1877. — Decided March 19, 1877.

Affirmed upon the facts.

Mr. Chief Justice Waite announced the opinion of the court.

This record presents for our consideration only a question of fact, and without discussing the testimony it is sufficient to say that after a careful examination of the case we are entirely satisfied with the decree below, which is consequently affirmed.   No further opinion will be delivered.                              *Affirmed.*

*Mr. C. Ingle* for appellants.

*Mr. W. B. Webb* and *Mr. Thomas Wilson* for appellees.